IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN MORGAN and MONA MORGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:14-cv-00519 |
| v. ) | |
| ) | Judge Nixon |
| UNITRIN AUTO AND HOME INSURANCE ) | Magistrate Judge Knowles |
| COMPANY d/b/a KEMPER PREFERRED ) | |
| INSURANCE COMPANY, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 5 day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT