# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN MORGAN and MONA MORGAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITRIN AUTO and HOME INSURANCE ) <br> COMPANY, d/b/a Kemper Preferred Insurance ) <br> Company, ) <br> ) <br> Defendant. ) | Civil No. 3:14-0519 <br> Judge Trauger |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger, the reference to the Magistrate Judge is hereby **WITHDRAWN**. By separate order, the trial is being reset before Judge Trauger. It is further **ORDERED** that the Clerk shall **TERM** the First Motion to Dismiss (Docket No. 7), as it is moot in light of the filing of an Amended Complaint (Docket No. 10).

It is so **ORDERED**.

ENTER this 8th day of August 2014.

 _____
 ALETA A. TRAUGER
 U.S. District Judge