**IN THE UNITED STATES DISTRICT OF COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**(NASHVILLE DIVISION)**

| | | |
|---|---|---|
| **JOHN MORGAN and** | ) | |
| **MONA MORGAN** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 3:14-cv-00519** |
| **v.** | ) | **JUDGE NIXON** |
| | ) | **MAGISTRATE JUDGE KNOWLES** |
| **UNITRIN AUTO AND HOME** | ) | |
| **INSURANCE COMPANY d/b/a** | ) | |
| **KEMPER PREFERRED** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiffs, **JOHN MORGAN and MONA MORGAN**, by and through

undersigned counsel, hereby file this Voluntary Dismissal with Prejudice against Defendant,

**UNITRIN AUTO AND HOME INSURANCE COMPANY d/b/a KEMPER PREFERRED**

**INSURANCE COMPANY**.

Respectfully submitted this 17th day of March, 2015.

Respectfully submitted,

/s/ *Thomas W. Thompson*

*Smith, Kling & Thompson, P.A.*
Thomas W. Thompson
BPR: 030659
4725 N. Lois Avenue
Tampa, Florida 33614
Telephone: 813-254-1800
Facsimile: 813-254-1844
Email: thompson@smithkling.com
       mrivera@smithkling.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015 a true and accurate copy of the foregoing document was filed electronically with the Clerk's office by using the CM/ECF system and served on counsel reflected below through this Court's electronic filing system.

Brent Usery
Spicer Rudstrom, PLLC
414 Union Street, Suite 1700
Nashville, Tennessee 37219
Telephone: (615) 259-9080
Email: buserty@spicerfirm.com

/s/ *Thomas W. Thompson*